IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BANK OF AMERICA, NATIONAL ASSOCIATION, as successor by merger to LASALLE BANK NATIONAL ASSOCIATION, | Case No. 12 cv 09612 |
| Plaintiff, | Honorable John R. Blakey |
| v. | Magistrate Judge: Hon. Susan E. Cox |
| LASALLE COMMERCIAL MORTGAGE SECURITIES, INC., SERIES 2006-MF4 TRUST, acting by and through its Master and Special Servicer, MIDLAND LOAN SERVICES, a division of PNC Bank, National Association, and whose Trustee is WELLS FARGO BANK, N.A., | (Consolidated with Case No. 13 cv 05605 for purposes of discovery) |
| Defendant. | |
| LASALLE COMMRECIAL MORTGAGE SECURITIES, INC., SERIES 2006-MF4 TRUST, acting by and through its Master and Special Servicer, MIDLAND LOAN SERVICES, a division of PNC Bank, National Association, and whose Trustee is WELLS FARGO BANK N.A., | Case No. 13 cv 05605 |
| | Honorable John R. Blakey |
| | Magistrate Judge: Hon. Susan E. Cox |
| Plaintiff, | |
| v. | |
| BANK OF AMERICA, N.A. as successor in interest to LaSalle Bank National Association, | (Consolidated with Case No. 12 cv 09612 for purposes of discovery) |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above captioned actions, through their respective undersigned counsel, that this action is hereby dismissed *with prejudice* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: Sept. 4, 2015

*Attorneys for Bank of America, N.A.*  *Attorneys for LaSalle Commercial Mortgage Securities, Inc., Series 2006-MF4 Trust, acting by and through its Master and Special Servicer, Midland Loan Services, a division of PNC Bank National Association*



BY: _____  BY: _____

Brian E. Pastuszenski
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333

Inez H. Friedman-Boyce
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 321-4775

Jason M. Halper
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

Eric B. Fisher
Lindsay A. Bush
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Michael I. Rothstein
Mark H. Horwitch
Katherine M. O'Brien
TABET DIVITO & ROTHSTEIN LLC
The Rookery Building
209 S. LaSalle St., 7th Floor
Chicago, IL 60604
Telephone: (312) 762-9450
Facsimile: (312) 762-9451

Andrew E. Goloboy
Ronald W. Dunbar, Jr. (admitted *pro hac vice*)
DUNBAR FIRM P.C.
197 Portland Street, 5th Floor
Boston, MA 02114
Telephone: (617) 244-3550
Facsimile: (617) 248-9751

Amy M. Rapoport Gibson
Christopher J. Bannon
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash, Suite 1700
Chicago, IL 60611
Telephone: (312) 828-9600
Facsimile: (312) 828-9635

Gregory A. Markel
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6000


SO ORDERED. _____
                Hon. John R. Blakey

DATED: _____